1012

Gene RILEY, Appellant, v. UNITED
STATES of America.

Robert STROHM, Appellant, v. UNITED
STATES of America.

Irene ERVIN, Appellant, v. UNITED
STATES of America.

Thomas AUDLEY, Appellant, v. UNITED
STATES of America.

Nos. 10951–10954.

Circuit Court of Appeals, Eighth Circuit.
July 11, 1938.

Arthur C. Popham, John F. Cook, and
James Daleo, all of Kansas City, Mo., for
appellants.

Maurice M. Milligan, U. S. Atty., and
Randall Wilson and Richard K. Phelps,
Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeals dismissed and cases remanded
to District Court with power in its discre-
tion to permit appellants, or any of them,
to change their pleas, etc., and to re-
sentence them, on motions of appellants.

Lloyd Charles RITTER, v. Marie A. PROC-
TOR, U. S. District Commissioner of Im-
migration, at the Port of Seattle, Wash.

No. 9041.

Circuit Court of Appeals, Ninth Circuit.
March 20, 1939.

Philip Tworoger, of Seattle, Wash., for
appellant.

J. Charles Dennis, U. S. Atty., and
Gerald Shucklin, Asst. U. S. Atty., both of
Seattle, Wash., for appellee.

Before DENMAN, MATHEWS, and
HEALY, Circuit Judges.

PER CURIAM.

This cause coming before the Court on
failure of appellant to file brief as re-
quired by rule, and within time extended
therefor, and there being no appearance in
court on behalf of appellant or opposition
to dismissal of appeal, and by direction
of the Court, it is ordered that the appeal
in this cause be dismissed, that a judgment
of dismissal be filed and entered according-
ly, and the mandate of this court to issue
as provided in Rule 28.

In the Matter of William A. RUSSELL,
Bankrupt.

SYNDICATE ASSETS, Inc., Claimant-Ap-
pellant, v. Sidney H. REICH, as Trustee
in Bankruptcy, Appellee.

No. 294.

Circuit Court of Appeals, Second Circuit.
March 27, 1939.

Lynch & Cahn, of White Plains, N. Y.
(Monroe J. Cahn, of White Plains, N. Y.,
of counsel), for appellant.

Ivan S. Skura, of White Plains, N. Y.,
for appellee.

Before SWAN, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of
Globe Bank & Trust Co. v. Martin, 236 U.
S. 288, 301, 35 S.Ct. 377, 59 L.Ed. 583.